**FILED**

DEC 11 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# SEALED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE RECEIPT AND MONITORING OF GPS DATA | Misc. No. 2:07-SW--361 EFB <br><br>WARRANT AND ORDER<br><br>**FILED UNDER SEAL** |

This matter came before the Court on an application by the United States pursuant to Rule 41 of the Federal Rules of Criminal Procedure, Title 18, United States Code, Section 3117, and Title 28, United States Code, Section 1651, for a tracking device warrant and order authorizing the receipt and use/ monitoring of global positioning system ("GPS") data pertaining to the Sprint/Nextel cellular telephone identified by telephone number (209)244-3857; UFMI 116*1005*13469; IMSI 316010100051684, subscribed to Eric Brooke, 1414 North F Street, Stockton,

ORDER

1 California.

2     Earlier today, the Court authorized the issuance of a
3 complaint and arrest warrant against Eric BROOKS for violation of
4 Title 21, United States Code, Section 843(b), use of a
5 communication facility in furtherance of a drug trafficking
6 offense.  The Court finds that there is probable cause to believe
7 that using/monitoring the GPS data pertaining to the
8 Sprint/Nextel cellular telephone will lead to the location of the
9 phone's user, Eric BROOKS, so that the arrest warrant may be
10 executed.

11     IT IS HEREBY ORDERED that Special Agent Richard Britt of the
12 Drug Enforcement Administration ("DEA"), other federal law
13 enforcement officers, and authorized law enforcement personnel
14 working under their direction may receive and monitor GPS data
15 pertaining to the Sprint/Nextel cellular telephone when the
16 telephone is located in a place where there is a reasonable
17 expectation of privacy, that is, places inside and outside of
18 private residences or buildings, in any jurisdiction in the
19 United States, within and outside the Eastern District of
20 California, for a period of not more than 45 days, measured from
21 the date this warrant is issued.

22     IT IS FURTHER ORDERED that, pursuant to Rule 41(f)(2)(C) of
23 the Federal Rules of Criminal Procedure, service of the warrant
24 on the person who was tracked or whose property was tracked occur
25 within 10 calendar days after use of the tracking device has
26 ended.  Seizure of any tangible property, any wire or electronic
27 communication (as defined in Section 2510), or, except as
28 expressly provided in Chapter 121 of Title 18 of the United

1  States Code, any stored wire or electronic information is
2  prohibited.
3      IT IS FURTHER ORDERED that Sprint/Nextel shall take the
4  steps are necessary to access and provide the GPS location
5  information to the Drug Enforcement Administration, and that
6  Sprint/Nextel shall be compensated by the government for
7  reasonable expenses incurred in providing said information.
8      IT IS FURTHER ORDERED that the application, the affidavit,
9  and the Court's Order be filed under seal until further order of
10 this Court, except that the Court's order in full or redacted
11 form may be served on special agents and other investigative and
12 law enforcement officers of the DEA, federally deputized state
13 and local law enforcement officers, other government and contract
14 personnel acting under the supervision of such investigative or
15 law enforcement officers, and SPRINT/NEXTEL as necessary to
16 effectuate the Court's Order.

19     IT IS SO ORDERED.

22 DATED:
23 12-11-07

HON. EDMUND F. BRENNAN
United States Magistrate Judge

ORDER                                  3