**SEALED**



FILED
DEC 11 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:07-SW--361 EFB

| | |
|---|---|
| IN RE: APPLICATION FOR SEARCH WARRANT ) ) ) ) ) | No. SW-07-<br><br>[Proposed] SEALING ORDER |

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the file in the above-captioned matter be, and is, hereby ordered sealed until further order of this Court.

Date: 12-11-07

_____
HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE