1  LAWRENCE G. BROWN
   United States Attorney
2  PHILIP A. FERRARI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2744


FEB 2 5 2009


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In The Matter of The Search of ) CR. NO. S-07-SW-361 EFB
                                )
                                ) Request For Unsealing of Search
                                ) Warrant File and [proposed] Order
Sprint/Nextel Cellular          )
Telephone (209)244-3857         )
                                )
_____)

TO THE HONORABLE KIMBERLY J. MUELLER, UNITED STATES MAGISTRATE
JUDGE:

    COME NOW Philip A. Ferrari, Assistant United States Attorney
for the Eastern District of California, to petition this Court and
respectfully represent:

    1. On December 10, 2007, the Honorable Edmund F. Brennan
issued an order sealing the application and affidavit in support of
a request for a search warrant, as well as the order granting the
warrant, in the above-referenced matter.

    2. The warrant in the above-referenced matter has been
executed, and the Government requests that all documents filed in
the above-referenced matter be unsealed so that they may be produced

1

in discovery.

THEREFORE, your petitioner prays that the aforesaid application and affidavit in support of a search warrant, the order issued in response to that application, and any other documents in case No. 07-SW-361 be unsealed and made part of the public record.

Dated: February 25, 2009

Respectfully submitted,

LAWRENCE G. BROWN
U.S. ATTORNEY

by: *(signature)*
PHILIP A. FERRARI
Assistant U.S. Attorney


The Court hereby orders that the application and affidavit in support of a search warrant, the order issued in response to that application, and any other documents in case No. 07-SW-361 be unsealed and made part of the public record.

DATED: 2/25/09

*(signature)*
HON. KIMBERLY J. MUELLER
United States Magistrate Judge

2